1  Eric S. Medina (admitted *Pro Hac Vice*)
   emedina@medinafirm.com
2  MEDINA LAW FIRM LLC
   641 Lexington Avenue, 13th Floor
3  New York, NY 10022
   Telephone:  (212) 404-1742
4  Facsimile:   (888) 833-9534

5  A. Barry Cappello (SBN 037835)
   abc@cappellonoel.com
6  Lawrence J. Conlan (SBN 221350)
   lconlan@cappellonoel.com
7  Wendy D. Welkom (SBN 156345)
   wwelkom@cappellonoel.com
8  CAPPELLO & NOËL LLP
   831 State Street
9  Santa Barbara, California 93101
   Telephone:(805) 564-2444
10 Facsimile: (805) 965-5950

11 Attorneys for Defendants/ Counterclaimants/
   Third-Party Plaintiffs GEOFFREY ALLEN
12 CORPORATION, KI YOUNG LEE, G.C.B.
   INC. and PINK DICE UNLIMITED, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA FINANCIAL, INC., a California corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>GEOFFREY ALLEN CORPORATION dba PERRY ELLIS FOOTWEAR, dba AKADEMIKS OUTERWEAR dba TROOP FOOTWEAR, dba 5IVE JUNGLE FOOTWEAR, dba SCHOOL OF HARDKNOCKS OUTERWEAR, FOOTWEAR, dba MONEY FOOTWEAR, dba GENUINE GRIP FOOTWEAR, dba MO7, a New Jersey domestic stock corporation; KI YOUNG LEE aka KI Y. LEE aka K.Y. LEE; G.C.B. INC. dba ECKO OUTERWEAR, a New Jersey domestic profit corporation, PINK DICE UNLIMITED, INC., a New Jersey domestic profit corporation,<br><br>    Defendants and Counterclaimants. | Case No.: 2:15-cv-00368-MWF (JEMx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Discovery Document: Referred to Magistrate Judge John E. McDermott |

ORDER

| | |
|---|---|
| 1 | GEOFFREY ALLEN CORPORATION, A New Jersey Corporation,  G.C.B., INC., dba ECKO OUTERWEAR, a New Jersey domestic profit corporation; PINK DICE UNLIMITED, INC., a New Jersey domestic profit corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Third-Party Plaintiffs, |
| | vs. |
| 7 | |
| 8 | |
| 9 | YOUNG SHIM, an individual, SEAN CHUN, an individual and MICHAEL CHOI, an individual, ROES 1-10 Inclusive. |
| 10 | |
| 11 | |
| 12 | Third-Party Defendants. |

1  The Court having considered the Parties' Stipulated Protective Order, and for
2  good cause shown, IT IS ORDERED:
3  The Stipulated Protective Order is GRANTED.

5  Dated: October 11, 2016

_____
Hon. John E. McDermott
United States Magistrate Judge