JEFFER MANGELS BUTLER & MITCHELL LLP
ROBERT B. KAPLAN, P.C. (Bar No. 76950)
rbk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
tgeher@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiff
HANA FINANCIAL, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA FINANCIAL, INC., a California corporation,<br><br>　　Plaintiff and Counter-Defendant,<br><br>　　vs.<br><br>GEOFFREY ALLEN CORPORATION dba PERRY ELLIS FOOTWEAR, dba AKADEMIKS OUTERWEAR dba TROOP FOOTWEAR, dba 5IVE JUNGLE FOOTWEAR, dba SCHOOL OF HARDKNOCKS OUTERWEAR, FOOTWEAR, dba MONEY FOOTWEAR, dba GENUINE GRIP FOOTWEAR, dba MO7, a New Jersey domestic stock corporation; KI YOUNG LEE aka KI Y. LEE aka K.Y. LEE; G.C.B. INC. dba ECKO OUTERWEAR, a New Jersey domestic profit corporation, PINK DICE UNLIMITED, INC., a New Jersey domestic profit corporation,<br><br>　　Defendants and Counterclaimants.<br>_____ | Case No.: 2:15-cv-00368-MWF (JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: 　　Hon. Michael W. Fitzgerald<br>Courtroom: 1600<br>Case Filed: January 16, 2015<br>Trial Date: February 8, 2018 |

| | |
|---|---|
| 1 | GEOFFREY ALLEN CORPORATION, A New Jersey Corporation, G.C.B., INC., dba ECKO OUTERWEAR, a New Jersey domestic profit corporation; PINK DICE UNLIMITED, INC., a New Jersey domestic profit corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Third-Party Plaintiffs, |
| 6 | vs. |
| 7 | YOUNG SHIM, an individual, SEAN CHUN, an individual and MICHAEL CHOI, an individual, ROES 1-10 Inclusive. |
| 8 | |
| 9 | |
| 10 | Third-Party Defendants. |

Having reviewed the *Joint Stipulation for Dismissal of Entire Action* (the ("Stipulation") and good cause appearing, it is

**ORDERED** that the Stipulation is approved; and it is further;

**ORDERED** that the Complaint (as defined by and in the Stipulation), the SAC (as defined by and in the Stipulation) and this entire action is hereby dismissed, with prejudice.

DATED: October 18, 2017

_____
UNITED STATES DISTRICT COURT JUDGE